**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TWILA SMITH, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**ERGO SOLUTIONS, LLC, et al.**<br><br>　　　　**Defendants.** | Civil Action No. 14-382 (JDB) |

## ORDER

Upon consideration of [13] defendants' motion to dismiss, [16] plaintiffs' motion to certify class, [25] defendants' motion for sanctions, the parties' memoranda on these motions, the applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [13] defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that [13] defendants' motion to dismiss is **GRANTED** as to plaintiff Lori Robinson; it is further

**ORDERED** that [13] defendants' motion to dismiss is **DENIED** in all other respects; it is further

**ORDERED** that the case is **DISMISSED** as to defendant Alliance Insurance Services; it is further

**ORDERED** that [16] plaintiffs' motion for class certification is **DENIED WITHOUT PREJUDICE**; and it is further

1

**ORDERED** that [25] defendants' motion for sanctions is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 30, 2015